UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEV ORR                                    CIVIL ACTION

VERSUS                                     NO. 09-6273

THE DEPARTMENT OF THE ARMY                 SECTION "N" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Response and Objections and the Supplemental Response and Objections filed by the plaintiff on July 28, 2010, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the defendant's Motion to Dismiss [Doc. #21] is GRANTED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 5th day of August, 2010.

UNITED STATES DISTRICT JUDGE

